Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Parfums Christian Dior, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARFUMS CHRISTIAN DIOR, S.A.,<br><br>*Plaintiff*<br><br>v.<br><br>CHONGQING AQUA TRADING CO., LTD., CHONGQING QIJING E-COMMERCE CO., LTD., CHONGQING QINGYITANG TRADING CO., LTD., FOSHAN FANLENTINA TECHNOLOGY CO., LTD., GANSU HUATUO XINHUI TRADING CO., LTD., GANSU TINGLI TRADING CO., LTD., GUANGZHOU MAILAIFU BIOTECHNOLOGY CO., LTD., GUANGZHOU OUYELI COSMETIC CO., LTD., GUANGZHOU UNIQUE AROMA CO., LTD., GUANGZHOU XINZHENG TRADING CO., LTD., GUANGZHOU ZHENXIN FLAVORS & FRAGRANCES CO., LTD., HEBEI CHEFHI INTERNATIONAL TRADE CO., LTD., HK MIAOSI INTERNATIONAL CO., LIMITED, JIANGMEN JIANGHAI ANYIN TRADING CO., LTD., JINGKAI DISTRICT MINYAQIN DEPARTMENT STORE, MANNIKANG (SHENZHEN) TECHNOLOGY CO., LTD., QUANZHOU FENGZE DISTRICT | 25-cv-2733 (AKH)<br><br><br>[~~PROPOSED~~]<br>**UNSEALING ORDER** |

HAOTONG TRADING CO., LTD., SENFULL (GUANGDONG) TECHNOLOGY CO., LTD., SHANGHAI ROFEE INDUSTRY CO., LTD., SHANGHAI YIKEMAI INDUSTRIAL CO., LTD., SHAODONG CITY YEJIPING TOWN SHANGWEI DEPARTMENT STORE, SHENZHEN BEILISI TRADING CO., LTD., SHENZHEN FUHENGJIE TECHNOLOGY CO., LTD., SHENZHEN GLASSONE TRADING CO., LTD., SHENZHEN KAICHENXING TECHNOLOGY CO., LTD., SHENZHEN LONGGANG DISTRICT SHIYUN DAILY DEPARTMENT STORE, SHENZHEN YINGFEIER TRADING CO., LTD., SHISHI CITY JUN XIU CLOTHING FIRM, XIAMEN TONGAN DISTRICT BILLION RICKS DEPARTMENT STORE, XIAMEN YUCAI COSMETICS CO., LTD., YIWU JIAMAI TRADE CO., LTD., YIWU JOINWAVE TRADING COMPANY, YIWU JUKE E-COMMERCE CO., LTD. and YIWU ZZ TRADING CO., LTD.,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 24 day of April, 2025, at           .
New York, New York

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE